UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 09-CR-10035-DPW |
| v. | ) | |
| SHANE DOYLE, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Further to the Court's January 12, 2010 Order, the parties hereby provide a Joint Status Report concerning the progress of United States v. Stryker Biotech, LLC, et als., 09-10330-GAO (the "Stryker Case"):

1. On February 9, 2010, the parties in the Stryker Case had an Interim Status Conference before Magistrate-Judge Dein. In Magistrate-Judge Dein's Interim Status Report dated February 9, 2010, she ordered a schedule for discovery motions, expert designations and dispositive motions. That Interim Status Report is attached hereto, and includes dispositive motions to be filed by defendants on September 21, 2010. The next status conference (and discovery motion date, if required) is April 9, 2010.

    For the United States of America

    CARMEN M. ORTIZ
    United States Attorney

By: /s/ Jeremy M. Sternberg
    Jeremy M. Sternberg
    Assistant U.S. Attorney
    (617) 748-3142

       For Shane Doyle

       /s/ Paul Cirel (by JMS with permission)
       Paul Cirel
       Jennifer Ryan
       Attorneys for Shane Doyle
       (617) 371-1000

Certificate of Service

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

Date: 2/12/10                                                  /s/Jeremy M. Sternberg
                                                                                Jeremy M. Sternberg
                                                                                Assistant U.S. Attorney