UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No.: 09-CR-10035-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| **SHANE DOYLE,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Further to the Court's April 21, 2010 Order, the parties hereby provide a Joint Status Report concerning the progress of <u>United States v. Stryker Biotech, LLC, et als.</u>, 09-10330-GAO (the "Stryker Case"):

1. On June 21, 2010, the parties in the Stryker Case had an Interim Status Conference before Magistrate-Judge Dein. That Interim Status Report is attached hereto, and includes dispositive motions to be filed by defendants on September 21, 2010, though on July 7, 2010, the defendants filed a motion to dismiss Counts 7 through 14 of the indictment (the misbranding counts). The Government has not yet submitted its opposition.

2. On May 25, 2010, Magistrate-Judge Dein denied defendants' discovery motion. Defendants have moved for reconsideration and that motion remains pending.

3. On July 1, 2010, Magistrate-Judge Dein heard argument on defendants' request for a bill of particulars, and the parties await her ruling.

4. A Final Status Conference is scheduled for September 15, 2010.

        For the United States of America

        CARMEN M. ORTIZ
        United States Attorney

By: /s/ Jeremy M. Sternberg
      Jeremy M. Sternberg
      Assistant U.S. Attorney
      (617) 748-3142


        For Shane Doyle

        /s/ Jennifer Ryan (by JMS with permission)
        Paul Cirel
        Jennifer Ryan
        Attorneys for Shane Doyle
        (617) 371-1000


<u>Certificate of Service</u>

    I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).


Date: 7/21/10                                        /s/Jeremy M. Sternberg
                                                   Jeremy M. Sternberg
                                                   Assistant U.S. Attorney