UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHANE DOYLE,<br><br>Defendant. | Criminal No.: 09-CR-10035-DPW |

**JOINT STATUS REPORT**

Further to the Court's July 28, 2010 Order, the parties hereby provide a Joint Status Report concerning the progress of United States v. Stryker Biotech, LLC, et als., 09-10330-GAO (the "Stryker Case"):

   1.  On November 15, 2010, the parties in the Stryker Case had a Final Status Conference before Magistrate-Judge Dein.  That Final Status Report is attached hereto.  As previously noted, on September 21, 2010, various permutations of the defendants filed six (6) different motions to dismiss various counts of the Indictment.  The Government filed its oppositions on November 9, 2010.  The Stryker Case parties also exchanged expert designations on that same date.

   2.   The government understands that Judge O'Toole is in the process of setting the Stryker Case for conference in December 2010, and that thereafter the parties may be in a position to report to this Court regarding the motion hearing and trial schedule for the Stryker Case.

        For the United States of America

        CARMEN M. ORTIZ
        United States Attorney

By: /s/Jeremy M. Sternberg
     Jeremy M. Sternberg
     Assistant U.S. Attorney
     (617) 748-3142


        For Shane Doyle

        /s/Jennifer Ryan by JMS w/permission
        Paul Cirel
        Jennifer Ryan
        Attorneys for Shane Doyle
        (617) 371-1000


## Certificate of Service

    I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).


Date: 11/22/10                                                     /s/Jeremy M. Sternberg
                                                                         Jeremy M. Sternberg
                                                                         Assistant U.S. Attorney