UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
09-10330-GAO

UNITED STATES OF AMERICA

v.

STRYKER BIOTECH, LLC; MARK PHILIP;
WILLIAM HEPPNER; DAVID ARD and JEFFREY WHITAKER

## FINAL STATUS REPORT

November 15, 2010

DEIN, M.J.

A Final Status Conference was held before this court on November 15, 2010 pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report and orders, to wit:

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery motions at this time.

4. Seven (7) dispositive motions are presently pending before the District Judge. Reply briefs on these motions are to be filed by December 6, 2010.

5. Based upon the prior orders of the court dated November 6, 2009, November 13, 2009, December 22, 2009, February 9, 2010, April 9, 2010, June 21, 2010 and September 15, 2010, at the time of the Final Status Conference on November 15, 2010 there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. The pendency of the dispositive motions shall result in additional time being excluded under the Speedy Trial Act.

6. A trial is anticipated. The parties estimate that it will take at least 30 days.
7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

           / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE