UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>SHANE DOYLE, )<br>    Defendant. )<br>_____) | Docket No. 09-CR-10035-DPW |

## NOTICE OF APPEARANCE

Please note the appearance of Ingrid S. Martin of Dwyer & Collora, LLP as counsel for the Defendant, Shane Doyle.

/s/ Ingrid S. Martin
Ingrid S. Martin (BBO #653632)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
imartin@dwyercollora.com

Dated: November 30, 2010

## CERTIFICATE OF SERVICE

I, Ingrid S. Martin, hereby certify that the foregoing document was filed via ECF electronic filing system to all counsel of record this 30th day of November, 2010.

/s/ Ingrid S. Martin