UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | Docket No. 09-CR-10035-DPW |
| | ) | |
| SHANE DOYLE, | ) | |
| Defendant. | ) | |

NOTICE OF WITHDRAWAL

Please note the withdrawal of Jennifer M. Ryan of Dwyer & Collora, LLP as counsel for the Defendant, Shane Doyle.

/s/ Jennifer M. Ryan
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
jryan@dwyercollora.com

Dated: November 30, 2010

**CERTIFICATE OF SERVICE**

I, Jennifer M. Ryan, hereby certify that the foregoing document was filed via ECF electronic filing system to all counsel of record this 30th day of November, 2010.

/s/ Jennifer M. Ryan