UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-CR-10035-DPW |
| v. | |
| SHANE DOYLE, | |
| Defendant. | |

## JOINT STATUS REPORT

Further to the Court's February 7, 2011 Order, the parties hereby provide a Joint Status Report concerning United States v. Stryker Biotech, LLC, et als., 09-10330-GAO (the "Stryker Case"):

1. On December 16, 2010, the parties in the Stryker Case had a Status Conference before Judge O'Toole. At that Status Conference, Judge O'Toole set the case for trial on November 7, 2011, and scheduled a motion hearing at 2:00 pm on February 3, 2011 for the seven pending motions to dismiss filed on various issues by various combinations of the defendants. A motion hearing was held that day and the parties await the Court's rulings on the various motions.

For the United States of America

CARMEN M. ORTIZ
United States Attorney

By: /s/Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
(617) 748-3142

        For Shane Doyle

        <u>/s/Paul Cirel by JMS w/permission</u>
        Paul Cirel
        Ingrid Martin
        Attorneys for Shane Doyle
        (617) 371-1000

<u>Certificate of Service</u>

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

Date: 3/10/11

        <u>/s/Jeremy M. Sternberg</u>
        Jeremy M. Sternberg
        Assistant U.S. Attorney