UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | Criminal No.: 09-CR-10035-DPW |
| v. | ) ) |  |
| SHANE DOYLE, | ) ) |  |
| Defendant. | ) ) |  |

**JOINT STATUS REPORT**

Further to the Court's April 15, 2011 Order, the parties hereby provide a Joint Status Report concerning <u>United States v. Stryker Biotech, LLC, et als.</u>, 09-10330-GAO (the "Stryker Case"):

1. On December 16, 2010, the parties in the Stryker Case had a Status Conference before Judge O'Toole. At that Status Conference, Judge O'Toole set the case for trial on November 7, 2011, and scheduled a motion hearing at 2:00 pm on February 3, 2011 for the seven pending motions to dismiss filed on various issues by various combinations of the defendants. A motion hearing was held that day and the parties await the Court's rulings on the various motions.

    For the United States of America

    CARMEN M. ORTIZ
    United States Attorney

By: <u>/s/Jeremy M. Sternberg</u>
    Jeremy M. Sternberg
    Assistant U.S. Attorney
    (617) 748-3142

        For Shane Doyle

        <u>/s/Paul Cirel by JMS w/permission</u>
        Paul Cirel
        Ingrid Martin
        Attorneys for Shane Doyle
        (617) 371-1000

<u>Certificate of Service</u>

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).

Date: 5/10/11

        <u>/s/Jeremy M. Sternberg</u>
        Jeremy M. Sternberg
        Assistant U.S. Attorney