UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-CR-10035-DPW |
| v. | |
| SHANE DOYLE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Further to the Court's October 20, 2011 Order, the parties hereby provide a Joint Status Report concerning United States v. Stryker Biotech, LLC, et als., 09-10330-GAO (the "Stryker Case"):

1. On December 16, 2010, the parties in the Stryker Case had a Status Conference before Judge O'Toole. At that Status Conference, Judge O'Toole set the case for trial on November 7, 2011, and scheduled a motion hearing at 2:00 pm on February 3, 2011 for the seven pending motions to dismiss filed on various issues by various combinations of the defendants. A motion hearing was held that day and the parties await the Court's rulings on the various motions. On July 6, 2011, the government filed an assented-to motion to dismiss one count in the Indictment in the Stryker Case, namely Count 16.

2. At a status hearing on September 15, 2011, Judge O'Toole reset the Stryker Case for trial on January 9, 2012 and denied, without prejudice, the various motions to dismiss, with the exception of the motion to dismiss Count 16, which was mooted by the government's assented-to motion to dismiss that count.

3. On October 11, 2011, a grand jury returned a Superseding Indictment. Trial remains

set for January 9, 2012.

                                For the United States of America

                                CARMEN M. ORTIZ
                                United States Attorney

By: /s/Jeremy M. Sternberg
     Jeremy M. Sternberg
     Assistant U.S. Attorney
     (617) 748-3142


                                For Shane Doyle

                                /s/Paul Cirel by JMS w/permission
                                Paul Cirel
                                Ingrid Martin
                                Attorneys for Shane Doyle
                                (617) 371-1000


                                Certificate of Service

       I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for each defendant who is a registered participant as identified on the Notice of Electronic Filing (NEF).


       Date: 11/3/11

                                                      /s/Jeremy M. Sternberg
                                                      Jeremy M. Sternberg
                                                      Assistant U.S. Attorney